No. 90–1039. PEER INTERNATIONAL CORP. v. PAUSA RECORDS, INC., ET AL. C. A. 9th Cir. Motion of petitioner for

leave to dispense with Rule 29.1 listing of class members granted. Motion of National Music Publishers' Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 